UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA OEHRING, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CORDIS CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-cv-03088-JSW<br><br>**ORDER REGARDING CORRECTED DOCUMENTS AND INSTRUCTION TO ALL PARTIES**<br><br>Re: Dkt. Nos. 19-21 |

On June 27, 2016, Plaintiffs filed three corrected documents: a certificate of interested entities, a motion to stay, and a motion to remand. Plaintiffs did not indicate in their filings how those documents have been corrected. Accordingly, Plaintiffs shall file a notice by 12:00 p.m. on June 30, 2016, setting forth the corrections that were made to each of the three documents. If no substantive changes were made to the motion to stay and the motion to remand, the briefing schedule that was set when the motions were originally filed shall remain unchanged, and the Court shall terminate the earlier filed motions. If there have been substantive changes to those motions, the Court will grant Defendants a brief extension to respond to the motions. Plaintiffs reply deadline shall remain unchanged, and the hearing shall remain on calendar on July 29, 2016. **All parties are HEREBY ADVISED that if they correct or otherwise amend a document filed in the case, they must indicate in their filing the exact nature of the amendment or correction so that the Court and opposing counsel are aware of the changes.**

   **IT IS SO ORDERED.**

Dated: June 28, 2016

_____
JEFFREY S. WHITE
United States District Judge