1
2
3
4                              UNITED STATES DISTRICT COURT
5                            NORTHERN DISTRICT OF CALIFORNIA
6
7   LISa OEHRING, et al.,                          Case No.  16-cv-03088-JSW
8            Plaintiffs,
                                                   **ORDER TERMINATING MOTIONS**
9       v.
                                                   Re: Dkt. Nos. 16-17
10  CORDIS CORPORATION, et al.,
11           Defendants.
12
13       The court has received Plaintiffs' notice regarding the corrected documents filed at
14  Dockets 19-21.  Plaintiffs' state that there have been no substantive changes to the motion to stay
15  and the motion to remand.  Accordingly, the Court TERMINATES Docket No. 16 and 17,
16  however the briefing schedule based on the filing date of those motions remains in effect.
17       **IT IS SO ORDERED.**
18  Dated: June 29, 2016

    _____
    JEFFREY S. WHITE
    United States District Judge