UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA OEHRING, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CORDIS CORPORATION, et al.,<br><br>    Defendants. | Case No.  16-cv-03088-JSW<br><br>**ORDER REGARDING PLAINTIFFS' SUMMARIES OF ARGUMENT**<br><br>Re: Dkt. Nos. 20-1, 27-1, 31-1 |

Plaintiffs have filed a motion to remand and their oppositions to the motions to dismiss. Plaintiffs have submitted separate summaries of argument in support of each of these motions. This Court's Civil Standing Orders provide that "[b]riefs exceeding ten pages in length must contain an additional one-page summary of argument, including reference to any important cases cited."  (Civil Standing Order ¶ 7.)  The Court issues this Order to advise all parties that this summary should be contained within the brief itself and must be limited to one page.  The Court does not include the normal page limitations for motions.  Although Plaintiffs' summaries do not comply with the Court's standing order, it shall not strike them.  However, if any party files a summary of argument that is not included within a brief and exceeds one page, the Court shall strike that document and will not consider it.

**IT IS SO ORDERED.**

Dated: July 8, 2016

_____
JEFFREY S. WHITE
United States District Judge