Ramon Rossi Lopez, Bar No. 86361
Matthew Ramon Lopez, Bar No. 263134
Amorina Patrice Lopez, Bar No. 278002
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
Facsimile:  (949) 737-1504
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com
alopez@lopezmchugh.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LISA OEHRING, *et al*.;<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CORDIS CORPORATION, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 4:16-cv-03088-JSW<br><br>Honorable Jeffrey S. White<br><br>[PROPOSED] ORDER GRANTING STIPULATED POSTPONEMENT OF CASE MANAGEMENT DEADLINES<br><br>Civil L.R. 6-2 |

　　　On good cause shown, the parties' Joint Stipulation to Postpone Case Management Deadlines is GRANTED. All remaining case management deadlines are postponed until a date to be determined by the Court after final resolution of the Motion to Remand.

　　　**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 21, 2016

_____
Honorable Jeffrey S. White
United States District Court Judge